**Peter HRONEK, Plaintiff–Appellant,**

v.

**The State of MARYLAND, Respondent–Appellee.**

No. 06–1561.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2006.

Decided: Sept. 28, 2006.

Peter Hronek, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Peter Hronek appeals the district court's order granting his motion for leave to proceed in forma pauperis and sua sponte dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hronek v. Maryland,* No. 1:06–cv–00492–RDB (D.Md., Apr. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*